UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff )<br>)<br>)<br>vs. )<br>)<br>Juan Ricardo Flores-Saurez )<br>)<br>)<br>Defendant(s) )<br>_____ ) | CRIMINAL NO. 08CR1180-WQH<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. 08039298 |

On order of the United States District/Magistrate Judge, **NITA L. STORMES**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed /(Order of Court)).

Salvador Cabrera-Alvarez

DATED: 4-17-08

RECEIVED _____
           DUSM

NITA L. STORMES
UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.  Clerk
by
       Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95                      ☆ U.S. GPO: 2003-581-774/70082